No. 73–7086.  MARTIN *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–7087.  TRUDEAU *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 73–7092.  WHISNANT *v.* LUTTRELL, CORRECTIONS COMMISSIONER, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 73–7095.  BROWN *v.* GROOMES, PRISON SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 73–7098.  GONZALES *v.* ALASKA.  Sup. Ct. Alaska.  Certiorari denied.

No. 73–7116.  EVANS *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 74–1.  CARDIN *v.* KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 74–2.  BILL SWAD CHRYSLER-PLYMOUTH Co. *v.* 565 EAST BROAD, INC.  Ct. App. Ohio, Franklin County.  Certiorari denied.

No. 74–5.  REA ET AL. *v.* FORD MOTOR Co.  C. A. 3d Cir.  Certiorari denied.

No. 74–6.  ANCHOR MOTOR FREIGHT, INC. *v.* SCOTT.  C. A. 6th Cir.  Certiorari denied.

No. 74–16.  CHERAMIE *v.* TUCKER, JUDGE, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 74–20.  JACOBS *v.* GROMATSKY, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL.  C. A. 5th Cir.  Certiorari denied.